UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL BOSCHETTI, )
 )  CASE NO. C13-0667-JLR
 Plaintiff, )
 )
 v. )
 )  REPORT AND RECOMMENDATION
DANIEL O'BLENIS, )
 )
 Defendant. )
_____ )

Defendant, an attorney representing himself in this matter, removed this California state court action to federal court and filed a motion for leave to proceed *in forma pauperis* (IFP). (Dkt. 1.) Defendant indicates receipt of $3,000 per month from employment, that he is not married, and that he has no dependents. While defendant also indicates monthly expenses including student loan payments and rent, his monthly income nonetheless reflects that he does not financially qualify for IFP status. The Court, therefore, recommends defendant's IFP application be DENIED. This action should proceed only if defendant pays the applicable filing fee within **thirty (30)** days after entry of the Court's Order adopting this Report and

REPORT AND RECOMMENDATION
PAGE -1

Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

DATED this 16th day of April, 2013.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge