\_\_ FILED \_\_\_\_ ENTERED
\_\_ LODGED \_\_\_\_ RECEIVED

MAY 06 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

13-CV-00667-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL BOSCHETTI, | CASE NO. C13-0667-JLR |
| Plaintiff, | |
| v. | |
| DANIEL O'BLENIS, | ORDER DENYING *IN FORMA PAUPERIS* APPLICATION |
| Defendant. | |

The Court, having reviewed defendant's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

1. Defendant's IFP application (Dkt. 1) is DENIED;

2. Defendant must pay the full filing fee of $350.00 within thirty (30) days of the sigining of this Order, or face dismissal of this case;

3. The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

ORDER DENYING
*IN FORMA PAUPERIS* APPLICATION
PAGE -1

4. The Clerk shall provide a copy of this Order to defendant and to Judge Theiler.

The Clerk shall send a copy of this Order to plaintiff.

DATED this 4th day of May, 2013.

JAMES L. ROBART
United States District Judge

ORDER DENYING
*IN FORMA PAUPERIS* APPLICATION
PAGE -2